UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A.M.P., *et al.*, on behalf of themselves
And all others similarly situated,

                Plaintiffs,

                              Case No. 2:23-cv-13230

v.

                              Hon. Brandy R. McMillion

U.S. DEPARTMENT OF
HOMELAND SECURITY, *et al.*,      United States District Judge

                Defendants.

_____/

## JUDGMENT

In accordance with the Court's Opinion and Order Granting Defendants' Motions to Dismiss (ECF No. 28), dated September 30, 2024,

**IT IS ORDERED AND ADJUDGED** that this cause of action is dismissed.

                                      KINIKIA ESSIX
                                      CLERK OF COURT

                          By:    s/L. Hosking
                                      Deputy Clerk

Approved:

s/Brandy R. McMillion
BRANDY R. MCMILLION
United States District Judge
Dated: September 30, 2024
Detroit, Michigan