**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| A.M.P., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 4:23-cv-13230-SDK-EAS<br><br>CLASS ACTION<br><br>Hon. J. McMillion<br>Hon. Mag. J. Stafford |

**PLAINTIFFS' OPPOSED MOTION TO CONTINUE HEARING**

Pursuant to Local Rule 40.2, Plaintiffs A.M.P., G.V.S, C.M.G., Felipe Emmanuel Dzib Cohuo, A.A., B.M.R., K.H.A., A.C.C. on behalf of his minor son, S.C.L., and J.N.C. ("Plaintiffs), by and through their attorneys, respectfully move the Court for an order continuing the motion hearing currently set for January 13, 2026. In support of its motion, Plaintiffs state the following:

1. The motion hearing is currently scheduled for January 13, 2026, at 10:00 AM.
2. The Parties have been discussing recent case developments that might result in the resolution of this matter.
3. Plaintiffs have proposed potential dismissal of this matter. The parties are continuing to discuss the terms of any such dismissal. Defendants have not yet taken a position on dismissal.
4. In light of the potential resolution of this matter, continuing the hearing will conserve judicial and party resources.
5. Granting a short continuance of the hearing to allow the parties to further discuss potential resolution would not prejudice any of the parties in this case.

6. The Court has granted one previous continuance of this hearing.

7. Pursuant LR 7.1(a)(2), counsel for Plaintiffs conferred with counsel for Defendants telephonically on January 8, 2026, and via email on January 9, 2026 and January 12, 2026, and requested but did not obtain concurrence in the present motion. Defendants oppose any continuance and are prepared to proceed with the hearing as scheduled.

WHEREFORE, Plaintiffs respectfully request that the Court continue the hearing to February 3, 2026, at 11:00 AM, or another date that is convenient for the Court.

Dated: January 12, 2026

Respectfully submitted,

*s/ Kurt Mathas*
Kurt Mathas (IL 6286812)
Elizabeth Deshaies (IL 6318238)
Thomas Scheper (IL 6339635)
Greer Harrison (IL 6345805)
**Winston & Strawn LLP**
300 North LaSalle Drive
Suite 4400
Chicago. IL 60654
KMathas@winston.com
LDeshaies@winston.com
TScheper@winston.com
GHarrison@winston.com

Richard Caldarone (VA 76565)
**Refugee and Immigrant Center for Education and Legal Services**
P.O. Box. 786100
San Antonio, TX 78278
(210) 960-3206
richard.caldarone@raicestexas.org

Mark Fleming (NY 4487534)
Jess Hunter-Bowman (IN 34647-71)
**National Immigrant Justice Center**
111 W. Jackson, Suite 800
Chicago, IL 60604
(312) 660-1628
mfleming@immigrantjustice.org

jbowman@immigrantjustice.org

Ruby Robinson (MI P75244)
**Michigan Immigrant Rights Center**
7700 Second Avenue
Suite 603
Detroit, MI 48202
rubyr@michiganimmigrant.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

Date: January 12, 2026 *\/s/ Kurt Mathas*