**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| A.M.P., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-13230-BRM-EAS<br><br>CLASS ACTION<br><br>Hon. J. McMillion<br>Hon. Mag. J. Stafford |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), counsel for Plaintiffs and Defendants respectfully stipulate to dismissal of Plaintiffs' Amended Complaint (ECF No. 15). The Parties stipulate to dismissal of the named plaintiffs' claims with prejudice and dismissal of the putative class members' claims without prejudice. The Parties will each bear their own costs, expenses, and legal fees.

Dated: January 15, 2026

Respectfully submitted,

*s/ Kurt Mathas*
Kurt Mathas (IL 6286812)
Elizabeth Deshaies (IL 6318238)
Thomas Scheper (IL 6339635)
Greer Harrison (IL 6345805)
**Winston & Strawn LLP**
300 North LaSalle Drive
Suite 4400
Chicago. IL 60654
KMathas@winston.com
LDeshaies@winston.com
TScheper@winston.com

GHarrison@winston.com

Richard Caldarone (VA 76565)
**Refugee and Immigrant Center for Education and Legal Services**
P.O. Box. 786100
San Antonio, TX 78278
(210) 960-3206
richard.caldarone@raicestexas.org

Mark Fleming (NY 4487534)
Jess Hunter-Bowman (IN 34647-71)
**National Immigrant Justice Center**
111 W. Jackson, Suite 800
Chicago, IL 60604
(312) 660-1628
mfleming@immigrantjustice.org
jbowman@immigrantjustice.org

Ruby Robinson (MI P75244)
**Michigan Immigrant Rights Center**
7700 Second Avenue
Suite 603
Detroit, MI 48202
rubyr@michiganimmigrant.org

*Attorneys for Plaintiffs*

Brett A. Shumate
**Assistant Attorney General**
Samuel P. Go
**Assistant Director**
Ian S. Lam
**Trial Attorney**

/s/*Malcolm McDermond*
Malcolm McDermond
NY Bar No. 5780861
**Trial Attorney**
**Office of Immigration Litigation**
**U.S. Department of Justice**
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4883
Facsimile: (202) 305-7000

Email: Malcolm.I.McDermond@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

Date: January 15, 2026 *<u>/s/ Kurt Mathas</u>*