**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| B.L.R., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-13230<br><br>Hon. Brandy R. McMillion |

## ORDER GRANTING PARTIES' JOINT STIPULATION OF DISMISSAL

Pursuant to the Parties' Joint Stipulation of Dismissal (ECF No. 64), the above-entitled action is hereby **DISMISSED WITH PREJUDICE** as to the named Plaintiffs and **DISMISSED WITHOUT PREJUDICE** as to the putative class members.

**IT IS SO ORDERED.**

Dated: January 15, 2026

s/Brandy R. McMillion
HON. BRANDY R. McMILLION
UNITED STATES DISTRICT JUDGE